April 22, 1983.

459 A.2d 29

Balog, et al., Appellants v. Marlowe, et al.

Submitted June 15, 1982. John Joseph Dirienzo, Jr., for appellants; William E. Moot, for appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order is affirmed.